IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00157-MR-WCM

| | |
|---|---|
| MARILYN S. CAIRNES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> METROPOLITAN LIFE INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff, through counsel, filed this civil action on June 16, 2023, asserting a claim for breach of a contract of insurance and asserting that this Court has jurisdiction under 28 U.S.C. § 1332(a) based on the complete diversity of citizenship between the parties and more than $75,000 in controversy. [Doc. 1].

Rule 7.1 of the Federal Rules of Civil Procedure provides that a plaintiff in a diversity case must file a citizenship disclosure form at the time that the action is filed. See Fed. R. Civ. P. 7.1(a)(2)(A). To date, the Plaintiff has failed to file the required citizenship disclosure form.

Accordingly, **IT IS, THEREFORE, ORDERED** that, within seven (7) days of the entry of this Order, the Plaintiff shall file a citizenship disclosure form as required by Fed. R. Civ. P. 7.1(a)(2)(A).

**IT IS SO ORDERED.**

Signed: July 3, 2023

Martin Reidinger
Chief United States District Judge