IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00157-MR-WCM

| | |
|---|---|
| MARILYN S. CAIRNES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| METROPOLITAN LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 11) filed by Christopher B. Major. The Motion indicates that Mr. Major, a member in good standing of the Bar of this Court, is local counsel for Defendant and that he seeks the admission of J. Derrick Quattlebaum, who the Motion represents as being a member in good standing of the Bar of South Carolina. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 11) and **ADMITS** J. Derrick Quattlebaum to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: September 6, 2023

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge